STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: geoffrey_hansen@fd.org

Counsel for Defendant Murphy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 17–605 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE SENTENCING DATE** |
| JOHN BRYAN MURPHY, | |
| Defendant. | |

    The above titled matter is currently scheduled for a sentencing date of July 18, 2018. The parties agree that this date shall be vacated and the matter be placed on calendar for sentencing on September 5, 2018 at 10:00 am. Counsel has conferred with the assigned Probation Officer, who has no objection to this request, and is available on the requested date.

//

//

//

IT IS SO ORDERED.

June 20, 2018
Dated

CHARLES BREYER
United States District Judge

IT IS SO STIPULATED.

June 20, 2018
Dated

ALEX G. TSE
Acting United States Attorney
Northern District of California

_____/S_____
ROBERT REES
Assistant United States Attorney

June 20, 2018
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

_____/S_____
GEOFFREY HANSEN
Chief Assistant Federal Public Defender